## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00077-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Misty Shea Matteson,

        Defendant.

---

## ORDER TO DISMISS

---

        Defendant's term of supervised release was revoked on June 3, 2005, and the Court approved the Motion filed by Assistant U.S. Attorney Mark Barrett requesting Counts 7, 8 and 9 be continued for further review and consideration.

        Upon further review and consideration and agreement from all parties, it is hereby

        ORDERED that Counts 7, 8 and 9 of the Supervised Release Violation Petitions dated April 14, 2005, and April 19, 2005, be dismissed.

        DATED this 14th day of February, 2006.

        BY THE COURT:

        s/ Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        United States District Judge
        United States District Court
        District of Colorado